MINUTE ENTRY
NORTH, M.J.
JUNE 16, 2015

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHERMAN JOHNSON | CIVIL ACTION |
| VERSUS | NUMBER:  14-1995 |
| ASSUMPTION PARISH<br>SCHOOL BOARD, ET AL. | SECTION: "S"(1) |

A settlement conference was conducted on this date before the undersigned Magistrate Judge.

PRESENT:    Lisa Brener          Mark Boyer
            Chelsea Cusimano

Negotiations were successful and resulted in the resolution of Plaintiff's claims; the material terms of the settlement agreement were memorialized on the record (Court Reporter:  Arlene Movahed).

The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HONORABLE MARY ANN VIAL LEMMON

MJSTAR (02:30)